FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2005 AUG .3 AM 9: 48
CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

REGINALD ANTHONY McKENZIE, )
)
v. ) Case No. CV404-122
)
SERGEANT WALLY TRIPP, )
)
   Defendant. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 3rd day of August, 2005.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

Reginald Anthony McKenzie )

vs ) CASE NUMBER CV404-122

Sergeant Wally Tripp ) DIVISION SAVANNAH

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/3/05, which is part of the official record of this case.

Date of Mailing: 8/3/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Andrew Marshall Magruder, Magruder and Owen, LLP, 2914A Professional Pkwy., Augusta, GA 30907
Reginald Anthony McKenzie, 236-A Chester Avenue, Opelika, AL 36801

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate